IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SONYA REDDY,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE ROOFING INC;<br>SOUTHWEST RECOVERY SERVICES LLC;<br>AND BENJAMIN, CHAISE & ASSOCIATES;<br><br>     Defendant(s) | Civil Action No: 3:20-cv-3693 |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISMISSAL PAPERS

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Sonya Reddy ("Plaintiff") files this motion and respectfully asks the Court to extend one deadline in this matter.

1. Pursuant to the Court's January 19th, 2021, Dismissal Deadline Order (Document 8), the current deadline for Plaintiff and Defendant Benjamin, Chaise & Associates to file dismissal papers is March 19, 2021.

2. Plaintiff has not yet sent her attorneys a signed settlement agreement as Plaintiff requires additional time to review the settlement terms.

3. Plaintiff respectfully requests this Court to extend the deadline to file dismissal papers to April 19, 2021.

4. Plaintiff seeks this thirty (30) day extension of time not for delay but for good cause as both parties have agreed and expressed their intent to settle and file dismissal papers.

**WHEREFORE**, Plaintiff requests that the Court extend the deadline to file dismissal papers for Plaintiff and Defendant Benjamin Chaise & Associates until April 19, 2021.

**DATED**: March 19, 2021                                  Respectfully Submitted,

                                                                                   **SHAWN JAFFER LAW FIRM PLLC**

                                                                                  /s/ *Shawn Jaffer*__
                                                                                  **Shawn Jaffer**
                                                                                  Texas Bar No. 24107817
                                                                                  Email: attorneys@jaffer.law
                                                                                  8111 Lyndon B Johnson Fwy, Suite 350
                                                                                  Dallas, Texas 75251
                                                                                  T: (214) 494-1871
                                                                                  F: (888) 530-3910
                                                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon the following, in accordance with the Federal Rules of Civil Procedure on this the 19nd day of March, 2021.

                                                                                  /s/ *Shawn Jaffer*
                                                                                  Shawn Jaffer

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Defendant(s) regarding the relief requested in this Motion.

                                                                                  /s/ *Shawn Jaffer*
                                                                                  Shawn Jaffer